UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TERRY WAYNE ALLEN,

            **Plaintiff,**

-vs-                                          Case No. 6:07-cv-1188-Orl-22UAM

UNITED STATES OF AMERICA, GERRY
MONTALVO, and BRIAN PHILLIPS,

            **Defendants.**

## ORDER

This case is before the Court on Plaintiff's Motion to Proceed in Forma Pauperis (Doc. No. 2) filed July 19, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be denied without prejudice, the claims against Defendants Gerry Montalvo and Brian Phillips be dismissed, and the Plaintiff be required to amend his claim.

After an independent *de novo* review of the record in this matter, and consideration of the objections to the Report and Recommendation filed by the Plaintiff, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed August 13, 2007 (Doc. No. 6) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Motion for Leave to Proceed in Forma Pauperis is **DENIED without prejudice.**

3.	The claims brought by the Plaintiff against Defendants Gerry Montalvo and Brian Phillips are **DISMISSED**.

4.	The claims against the United States of America are **DISMISSED**. Plaintiff may amend his claim for equitable relief against the Unites States of America, limited only to his action to return of the 1988 John Deere Front End Loader, by filing his amended claim no later than November 16, 2007.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 24 day of October, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party