# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TERRY WAYNE ALLEN,**

        **Plaintiff,**

-vs-                                        **Case No. 6:07-cv-1188-Orl-22UAM**

**UNITED STATES OF AMERICA, GERRY MONTALVO, and BRIAN PHILLIPS,**

        **Defendants.**

---

## ORDER

This case is before the Court on Plaintiff's Motion to Alter or Amend Judgment Pursuant to Rule 59(e) (Doc. No. 10) filed November 13, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be denied as moot.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's objections to the Report and Recommendation, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed February 4, 2008 (Doc. No. 11) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion to Alter or Amend Judgment Pursuant to Rule 59(e) is **DENIED.**

3. This case is dismissed.

4. The Clerk is directed to close the file.

Case 6:07-cv-01188-JA-GJK   Document 13   Filed 03/14/08   Page 2 of 2 PageID 65

 

DONE and ORDERED in Chambers, Orlando, Florida this __14__ day of March, 2008.

                                               JOHN ANTOON II
                                               United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

-2-